UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

against

BALDWIN REYNOSO,

Supervisee.

No. 12-cr-187 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Supervisee's request for early termination of his lifetime term of supervised release. IT IS HEREBY ORDERED THAT the government shall submit a letter explaining the bases for its opposition to Supervisee's request by July 6, 2022.

SO ORDERED.

Dated:   June 27, 2022
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation