UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>against<br><br>BALDWIN REYNOSO,<br><br>Supervisee. | No. 12-cr-187 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Mr. Reynoso, his Probation Officer, and the government shall appear before the Court on Monday, August 1, 2022 at 11:30 a.m. to discuss the pending motion for early termination of Mr. Reynoso's term of supervised release. The proceeding shall take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   July 28, 2022
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation