UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>against<br><br>BALDWIN REYNOSO,<br><br>Supervisee. | No. 12-cr-187 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record at the conference held earlier today, IT IS HEREBY ORDERED THAT Baldwin Reynoso's term of supervised release is terminated. The Court extends its best wishes to Mr. Reynoso and his family.

SO ORDERED.

Dated:  August 1, 2022
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation